United States of America,
Plaintiff,

v.

Marcus Dunn,
Defendant.

Case No. 2:18cr232
Judge Michael H. Watson

**CRIMINAL MINUTES before
United States District Judge Michael H. Watson**

**Courtroom Deputy:** Jennifer Kacsor
**Court Reporter:** Lahana DuFour
**Date:** November 26, 2018 **Time: Commenced** 2:00 **Concluded** 2:15 **Total.** 15 mins.

United States Attorney: Rich Rolwing   Defendant Attorney: Steve Nolder
Carl Brooker

*Arraignment:* [ ] Indictment   or   [x] Information;
Count(s) 1

[✓] Counsel present.
[✓] Defendant sworn.
[✓] Defendant informed of his / her rights / questioned regarding competency.
[✓] Waiver of Indictment Filed in open court.
[✓] Defendant provided copy of charging document.
[✓] AUSA _____ summarizes Plea Agreement.
[ ] SA _____ reads Statement of Facts. (Agent Sworn) Attached to Plea

Defendant waives reading of: [ ] Indict   [ ] Info   or   [ ] Indict Read   [ ] Info Read
Defendant pleads:   [ ] NOT GUILTY to Count(s) _____ of Indictment / Information
                    [✓] GUILTY to Count(s) _____ of Indictment /(Information)
[✓] Court Accepts Defendant's Plea of Guilty.
[✓] PSI ordered by Court.
[ ] Sentencing set for _____   or   [✓] Pursuant to Court's Receipt of PSI.

**Bond**
[ ] Defendant currently in custody   or   [✓] Defendant currently on bond.
[ ] Plaintiff / Defendant moves to modify bond.
[ ] Arguments heard.
[ ] Defendant to be detained   or   [ ] to remain detained.
[ ] Defendant's bond to be modified as follows:

[ ] OR   [ ] Secured with

Conditions of Release: [ ] Electronic Monitor [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify [ ] refrain from alcohol [ ]narcotic drugs unless prescribed [ ]use of firearms [ ] Travel Restricted to
_____ [ ] _____ [ ] _____
[ ] _____ [ ] _____

**Remarks:**
[ ] Matter awaiting initial PSI transmittal.