# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## PRESENTENCE REFERRAL

**AUSA:** Rich Rolwing / Carl Brooker

**DEFENSE ATTORNEY:** Steve Wolder

**Defendant:** Marcus Dunn

**Case Number:** 2:18CR232

**Offense:** Corruptly Endeavoring to Obstruct and Impede the Due Administration

**Counts:** 1

**Conviction on:**
[ ] Jury Verdict
[ ] Court Decision
[X] Guilty Plea at Arraignment
[ ] Change of Plea to Guilty

**Custody Status**
[ ] Federal
[ ] State
[X] Bond
[ ] Other